ABRAHAM KOYNER and DAVID SCHUMAN, Respondents, v. KARL E. LUCKE, Appellant.— In an action for rescission, order denying motion to dismiss complaint

affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.